*H HW*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Moorish American Executive Sheik/Fiduciary Board Members <br><br>**Plaintiff(s)** <br><br>V. <br><br>Washington Mutual, Cook County Sheriffs, Chicago Police Department, All Known and Unknown Parties Acting In Concert <br><br>**Defendant(s)** | 08CV4956 <br> JUDGE ST. EVE <br> MAGISTRATE JUDGE VALDEZ <br><br>  <br><br> **RECEIVED** <br> 8-29-2008 <br> AUG 2 9 2008   T C <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

Master Craftsmens'

# COMPLAINT

Comes Now, The Moorish American Executive Sheik/Fiduciary Board Members (M.A.E.S./F.B.), consisting of Sheiks and Sheikesses, in propria persona, sui juris, lodge this complaint before an Article III Judge; with exclusive original jurisdiction over this subject matter stated herein, furthermore, Plaintiffs submit the following:

1) The Moorish Science Temple of America is a Lawfully Chartered Religious Organization, whose members are law abiding Moorish American Moslems.
2) By Act of State, The Grand Sheik/Divine Minister Kenu Umar Bey, of Temple #7, in the Chicago Territory, on the Land of the Illinois state Republic, brought into existence the formation of The Moorish American Executive Sheik/Fiduciary Board.
3) The Moorish American Executive Sheik/Fiduciary Board stands for the specific Grand purpose, as the Fiduciary Board, to govern the internal and external affairs of Moorish American Moslems of the Illinois state Republic.

5) The Moorish American Executive Sheik/Fiduciary Board Members (hereinafter referred to as M.A.E.S./F.B.) are Moorish American Nationals of Al Moroc (America) bound to the continent by birthrights and inheritance, anciently known as Northwest Amexem, (North Gate) which is the Land of our ancient forefathers (The Ancient Moabites/ Al Moroccans) and we have a historical continuation here over 50,000 years as the aboriginal and indigenous Peoples (by **Freehold/ Allodial Title/ Fee Simple Absolute**) of this Land. We are the Sovereign Lords and rightful Land Barons who bear the Noble titles of El, Bey, Al, Dey, or Ali, these are our ancestral names and we answer to none other.

6) The Moors are the inalienable Heirs to the Land, [Noble Drew Ali's/(Trustor)/ Moorish Science Temple of America/ **Express Trust of 1928/** El's and Bey's "Sheiks"].

7) In compensation for/or (**Trustee**)/ "**Sheiks**" certain accommodations to <u>"**Fee Simple Absolute Land Claim Lien**"</u> including, but not limited to, M.S.T. of A./ "Express Trust" Religious Corporation of Trustor, **Noble Drew Ali**, of July 20th 1928; Cook County Recorder of Deeds Office in Chicago, Illinois.

8) Constituting the source, origin, substance, and being, i.e. basis of preexisting claim, from which the existence of "Sheik" was derived and the basis upon which "**INALIENABLE HEIRS**" is able to function as a transmitting body i.e. serve as "Sheiks" for the transmission of goods and services in the commercial law original jurisdiction, and to interact, contract and exchange goods, services, obligations, are liabilities in commerce with other debtors, Corporations, NGO and artificial entities; et. al, etc.

9) Washington Mutual, Cook County Sheriffs, Chicago Police Officers, and all known and unknown Parties acting in concert and collusion; having invaded Moorish American Domiciles, The Moorish Science Temple of America,(Temple/Embassy #7) Moorish American properties, etc., looted our Moorish American Treasury in the sum of $8,500 and given deadlines to vacate our Moorish properties.

10) Washington Mutual, et al (**Squatters**) have laid false inferior claims for property(ies) and Land owned by The Moors. Sheriffs and/or police officers have physically assaulted, harassed, slandered, kidnapped, trespassed, illegally searched and seized property from The Moorish Science Temple of America, defame the character of our **Prophet Noble Drew Ali**, The Moorish Science Temple of America and The Moors as well as threatened Moorish American Officials with eviction and imprisonment.

11) Defendants refuse to honor the foundation of the obverse Authority of the Moorish American Nation's Seal. This has caused a misunderstanding of the role of: Allodial Land Baron- Fee Simple Absolute, vis-à-vis, appointed custodial trustee.

12) The Express Trust of July 20, 1928 and The Treaty of Peace and Friendship, signed in 1787, 1836 and again in 1986 **still in force**, constitutes the longest unbroken Treaty relationship in United States history, in accordance with "The Maxims of Laws" and pursuant to/of "The Northwest Ordinance".

13) The "Maxim of Law" Decree: Sanguis, made this 27th day of August 2008 Ccy., 1428 M.C., hereby declared by jus sanguinis, jus soli, and sui juris by **Noble Drew Ali**/ The Moorish Science Temple of America.
14) The Moorish American Moslems are the sole sovereigns and absolute owners and possessors of **ALL** the Rights, Titles and Interest in **ALL** property.
15) FEE SIMPLE ABSOLUTE- EXPRESS TRUST OF 1928, Grand Sheiks, Sheiks and members of The Moorish Science Temple of America, jus soli, jus sanguinis, as the Trust performs: that is, as we (The Moors) take the trust property into our actual physical possession, this will correspondingly redistribute the country's wealth, concentrating the real wealth in the hands of our People (The Moorish Americans). I assure you, this is an irreversible action; The Express Trust and its performance of the said Trust gives us, "without protracted delay" the wherewithal to make us a very independent economic and political force within this country and among the Nations of the earth. In contending with such opposition, it activates the necessary powers in the lawful/legal system and otherwise, to actually rebut, repel and overcome **ALL** opposition it perceives to be improper, wrong or unjust notwithstanding its or their cause, source, strength or apparent deep-seated position. Performing such a task, changes the present economic/political order in many ways, stabilizing it in some respects and sweeping some aspects of it completely away.

## HOW DID THE EXPRESS TRUST NOBLE DREW ALI CREATED COME ABOUT AND WHAT IS ITS STATUS???

The enormous fee simple estate conveyed and described in The Holy Koran of The Moorish Science Temple of America, is the deed of conveyance of the Trust instrument devolved to Moorish Americans by virtue of survivorship and descent from the Ancient Moabites. When the **Prophet Noble Drew Ali** appeared, this estate had vested in abeyance... that is, in expectation, remembrance and contemplation of law, there being no person in esse (being) in whom it could vest and abide, although the law considers it always potentially existing and ready to vest when a proper heir appears. He, **Noble Drew Ali**, being a **proper heir**, the said estate immediately vested in **Noble Drew Ali**. Vested in him first, being, among other reason, he was the first Moorish American fully aware of his Moorish Identity, Descent, Heritage, Birthright (including property rights) and their relation to the Land pursuant to the nature of our fee estate. At the vesting of the fee simple estate in him, among other things, he immediately created the Express Trust and therefrom conveyed the said estate to The Moors (El's and Bey's), without stint, its (the estate) **proper heirs**, thereby maintaining its ancestral character. A member in our (Moorish American) Nation, in a Fee Simple Absolute, by stating that a tenant if Fee Simple is one who has Land or tenements to hold him and his heirs **forever**.

WITNESSETH, "Trust Deed Owners" released and quit-claimed **ALL** claim Lands by these presents does remise, release unto said Moorish Science Temple of America, a Religious Corporation (<u>**a 508, Tax Excluded Religious Corporation**</u>). Moorish Americans and their heirs, assigns, forever, **ALL** rights, titles, interest and demand all rights, titles and interest which the Moorish Science Temple of America/Moorish American, heretofore exist!!!

## TO HAVE AND HOLD THE SAME

Together with all singular, the appurtenances thereto belonging or otherwise in appertaining, and all the Land, state, rights, titles, interest and claims **ALL Land**, either in law or otherwise to the only proper heirs for their benefit, use and/or of said Moorish Science Temple of America, its heirs and assigns forever.

Deed of conveyance, Chapter 47 (Holy Koran of The Moorish Science Temple of America) of the Moorish Nation and members (heirs) and all Moors. 42* 36* 30* all of the Land described in the <u>Express Trust, of Noble Drew Ali, Trustor, of 1928, for the benefit of Moorish Americans.</u> (Torrens Title Systems), Record of Deeds/ Registar of Torrens Titles, Cook County Recorder of Deeds, Chicago, Illinois.

Our estate by metes and bounds, Chapter 47, verse 6 & 7. **(verse 6)** "The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; (North America) they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the land of Canaan seeking new homes". **(verse 7)** "Their dominion and inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

## **VERIFICATION**

Declaring: Our Authority for that purpose: **Noble Drew Ali/** The Moorish Science Temple of America, **I AM that I AM**: The Supreme Grand Leader His Majesty **Noble Drew Ali/** Moorish Science Temple of America/ Moorish America Executive Sheik/Fiduciary Board.

This "Fee Simple Absolute" claim will stand for **ALL** times and ages, unless it shall be, or can be rebutted with a true, correct, complete, not misleading and lawful filing, word for word, under penalty of perjury, so help me Allah.

Anyone choosing to deny any or all of these statements or undisputable facts and events <u>MUST</u> do so under penalty of perjury by/under laws of the "STATE OF ILLINOIS", the " Illinois Republic", International Law, The Charter of/for the United Nations and the Law of Nations, and this in truth, the whole truth and nothing but the truth, so help me Allah (**note: Ignorance of the Law is no excuse**).

**Prophet Noble Drew Ali/ M.S.T. of A./ M.A.E.S./F.B.**



Noble Drew Ali, ss/ Soul Plane Signature

Grand Sheik/Divine Minister Kenu Umar Bey

ALL Life began with (The Ancient Moabite/Moorish Woman) Sheikess



   

# MOORISH AMERICAN JURAL SOCIETY

   

# **REQUEST FOR RELIEF**

1) Move this Honorable Court to grant an **EMERGENCY RESTRAINING ORDER**, restraining defendants, their agents, lackeys and successors, from further unlawful acts which willfully violates the sovereign birthrights of Moorish American Nationals, depriving them of their right to live free, and to be able to function unmolested without threats, intimidation tactics and coercions.

2) Restrain defendants, their agents, lackeys and successors, from unlawfully raiding Plaintiffs' Moorish American Consulate; robbing Moorish Americans of fiat ersatz currency, as well as Moorish American Regalia.

3) Restrain defendants, their agents, lackeys and successors, from directly addressing Moorish Americans domiciling under their purported jurisdiction; furthermore, all future domestic affairs concerns shall be directed to **The Moorish American Executive Sheik/Fiduciary Board** lawfully set up to govern said affairs on behalf of our Moorish American citizens (**see: Executive Decree #2**)

5) Move this Honorable Court to grant Plaintiffs an Order for a **PRELIMINARY INJUNCTION**, enjoining defendant's, their agents, lackeys and successors, from acting individually and/or collectively, in concert in their official capacities to deny Plaintiffs their constitutional rights secured by The Organic Constitution of The United States of America Republic.

6) Further, prohibit defendants, their agents, lackeys and successors, from defaming the pristine image of **The Moorish Science Temple of America** and **The Moorish Divine and National Movement**, also enjoin defendants, their agents, lackeys and successors, from harassing, raiding, searching and intimidating **all** Moorish Americans domiciles, without first notifying **The Moorish American Executive Sheik/Fiduciary Board (The Proper Authorities)**.

7) Without the court discharging its gauge: granting a Temporary Restraining Order and Preliminary Injunction, Plaintiffs cannot seek adequate protection from the misuses, abuses and mistreatments that the defendants care to bestow upon them.

**Grant such Order and further relief as this Court deems equitable and JUST.**

  

### Moorish Divine and National Movement in North America
## Moorish Science Temple of America
# Subordinate Temple



### Prophet Noble Drew Ali Founder

## 5924 South Rockwell 2nd Floor
### Chicago Territory/Mecca, Illinois state Republic
### postal Zone [29] Non-domestic AA222141
### united states of America Republic

### Grand Sheik/Divine Minister Kenu Umar Bey

  

  

# LAWFUL NOTICE
### From
### The Moorish Science Temple of America
# NO TRESPASSING

TO ALL THE VARIOUS FEDERAL, STATE, CITY, AND COUNTY OFFICERS SUCH AS: THE IRS, HEW, HUD, ENVIRONMENTAL, HEALTH, SHERIFFS, CPD, SWAT, ATF, DEA, STATE TROOPERS AND OTHER UNCONSTITUTIONAL AGENCIES; AND TO ALL LOCAL MEMBERS OF PLANNING & ZONING BOARDS:

### U.S.C. TITLE 18 SECTION 241 & 242
### U.S.C. TITLE 42 § 1981, 1982, 1983, 1985 AND 1986

# WARNING!!!

### YOU ARE HEREBY ADVISED OF THE FOLLOWING FEDERAL CRIMINAL LAW

"If two or more persons conspire to injure, oppress, threaten, or intimidate ANY citizen in the free exercise of enjoyment of ANY right secured to him/her by the Organic Constitution of the Laws of The United States of America Republic, or because of his/her having so exercised the same: or

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his/her free exercise or enjoyment of any right so secured, they shall be fined not more than $10,000 or imprisoned not more than ten years or both: and if death results, they shall be subject to imprisonment for any term of years or for life."

MOORISH AMERICAN LAND USE FEE $5,000 PER PERSON, PER DAY!!!
ALL RIGHTS RESERVED

Notice To The Agent Is Notice To The Principal and Notice To The Principal Is Notice To The Agent





**GFS Marketplace**

*What matters to you, matters to us.*

Show your card and earn up to a 7% annual rebate!



ATTN: FOODSERVICE BUYER

SHEIK ALARA AMUN EL BEY
MOORISH SCIENCE TEMPLE
5924 S ROCKWELL ST
CHICAGO IL 60629-1130

*Valuable Coupon on Back!*

PRSRT. STD.
U.S. POSTAGE
**PAID**
GRAND RAPIDS, MI
PERMIT NO. 857



PIS Church 30462

family Exhibit

Our Holy Prophet told us we are Moorish Americans, **"because we are descendants of Moroccans and born in America."** Yes, all of us have a flag and a country of origin to look to with pride (Al Moroc, which called today, America). We have a right as a nation of people to proclaim our nationality, as all people must do in order to be a part and partial of any government, true lawful citizens within the Constitutional fold, guaranteed the protections, immunities, rights and privileges provided thereby.

The following is an excerpt from the Universal Declaration of Human Rights: Article 15.
(1) Everyone has the right to a nationality.
(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

Without a nationality, one will never be recognized by any government anywhere on the earth as a true citizen, only as an undesirable, social misfit or alien, subject to whatever abuses and/or granted privileges the true citizens care to bestow on such pitiful, unfortunate ones. Dear Brother or Sister, this is not a matter of opinion, but a matter of fact and of law! No matter what you thought, what you don't know does hurt you, whether you realize it or not.

The Bible says, **"My people perish for a lack of knowledge."** Some harm, can go undetected by the victim(s) and is not recognized as harmful until "Light" (truth) is shed on the subject, injustice, or violation. If what you have read thus far ignites a curiosity within you, about who you truly are, I suggest you follow the instructions on the back of this brochure. There is so much to be learned and so little time. Jesus said, "Ye shall know the truth and the truth shall make you free." Do you have courage enough for truth? We've been lied to for so long, that even the truth is a burden to the mind and many determine that nationality just isn't important. Well, if nationality is so unimportant, then why does everyone else in the world have one, **except you and yours?**

"Come all ye Asiatics of America and hear the truth about your nationality and birthrights, because you are not negroes. Learn of your forefathers ancient and divine Creed, that you will learn to love instead of hate. We are trying to uplift fallen humanity. Come and link yourselves with the families of nations. We honor all true and divine Prophets."

(Prophet Noble Drew Ali)

You Are Invited to Come and Learn With Us

@

THE MOORISH SCIENCE TEMPLE
OF AMERICA
Temple No.7
5924 South Rockwell - 2nd Flr.
Chicago, Illinois

Sheik Kenu Umar Bey
Grand Sheik Divine Minister

MEETING SCHEDULE
Holy Day Meeting
Friday, 7PM - 9:30PM

*Delicious Refreshments sold Afterward*

Sunday School
Sunday, 12 Noon - 1:30PM

Any Questions? Please Call
773. 563. 7374

*We Look forward to meeting you!*



# WHO ARE
# THE MOORISH AMERICANS?



"No man, woman, boy or girl can be a negro, black, colored, or african american and be a part of the human family!

If you are defined or classified by yourself and/or others as any of the "misnomers" listed above, there is a strong possibility that you are in fact, a Moorish American.

The logical question to be raised from the preceding statement would be, "If I am in fact a Moorish American, then how did I become known and classified as a negro, colored folk, or black person in the first place?"

The following statement is from the Divine Constitution and By-Laws of The Moorish Science Temple of America, which was founded by Prophet Noble Drew Ali in 1913 A.D. (ACT VI) which states, "With us, all members must proclaim their Nationality, and we are teaching our people their Nationality and their Divine Creed, that they may know that they are a part and a partial of this said government and know that they are not negroes, colored folks, black people or ethiopians because these *names* were given to slaves by slaveholders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their *free national name* to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah, the Great God of the universe ordained Noble Drew Ali The Prophet to redeem his people from their sinful ways, The Moorish Americans are the descendants of the Ancient Moabites whom inhabited the Northwestern and Southwestern Shores of Africa."

Since the abolishment of slavery in 1865, it is as unlawful as it is ignorant, for any man, woman, boy, or girl to continue to refer to themselves as any thing other than their nationality. Have you noticed that the Chinese people *never* refer to themselves or their people as *yellow people*? The East Indians of India, *never* refer to themselves or their people as *brown people*. Why do you think that is? Have you ever thought about the fact that even though the United States Citizens of European descent proudly refer to themselves as "white," they still know that they are of specific nationalities, such as German, French, Russian, Polish, Italian, Irish, etc.? Think! Why are the social problems of this country generally expressed as problems in the *black* community? Why not *yellow, brown* or *red* issues? Why are these problems frequently about the so-called *black* people and the so-called *white* people, rather than the yellow, brown or red people? The U.S. is a melting pot of many nations.

We, the Moorish Americans were stripped of our nationality, history and culture in 1774, and the other people mentioned, have always had their nationalities, histories and cultures in tact, and refuse to be referred to as crayons, or paint colors. They refuse to play *the stupid color game.* For the European descendants in this country, there's an advantage of perceived or psychological superiority gained from the color game. "**White means Purity, Purity means God, and God means ruler of the land.**"

For the Moorish Americans there is a disadvantage of perceived or psychological inferiority in the color game. "**Black, according to science means death.**" Upon investigation of the word black one finds only the most *negative connotations.* It is interesting to note that many unconscious Moors today, boldly refer to themselves as **REAL NIGGAS, DOGS, BITCHES, WHORES, PIMPS, FREAKS, JOE,** etc. All of these misnomers, including those given during the time of slavery, express "**something that is nothing**" or "**somebody who is nobody**" as these terms in NO WAY connect a man or woman to the human family. Even the commonly accepted and respected term, "African-American" is a misnomer that fails to muster the status of Nationality or proper identification. All nationals who have a nationality which is based on the name of their Constitutional Government (For example the Irish are the citizens of the Government of Ireland, Mexicans/Mexico etc.

Though Ireland is in Europe, an Irish-American cannot claim the entire continent of Europe as his Nation or country of origin. Likewise, the Moorish cannot claim the entire continent of Africa as their Nation or country of origin. The National being, has a flag and a country to which he or she can look with pride. You may be wondering, "why Moorish rather than a familiar African name? First of all. Africa is a big place (a continent) with 53 countries on it.?" Why not Ghanaian, Gambian, Sudanese, Nigerian, etc.? At one time, all of the native peoples of Africa were called Moors. Contrary to popular belief, we, the Moors have been right here, in North America (formerly Northwest Amexem/Africa) for over 10,000 years, along with our Canaanite, Hittite and Amorite brethren, some of whom are erroneously called "Indians" today. Some (a few) of us came from various places in west Africa during the transatlantic slave trade, but the vast majority of us were already here! This is Our Land! Remember, we were *denationalized.* Our nationality, history, culture our God and our land were taken from us and over time, our succeeding generations have no recollection of who we were and who we are today. We have been lied to. Prophet Noble Drew Ali spoke to this situation, "**According to all true and divine records of the human race there is no negro, black, or colored race attached to the human family, because all the inhabitants of Africa were and are of the human race, descendants of the ancient Canaanite nation from the holy land of Canaan. What your ancient forefathers were, you are today without doubt or contradiction. There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself.**" And, "**Through sin and disobedience every nation has suffered slavery, due to the fact that they honored not the creed and principles of their forefathers. That is why the nationality of the Moors was taken from them in 1774…**