MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (counsel) (that is, without an attorney).

NAME: Sheik Elkahf An'nor El Forgon Bey
(Please print)

STREET ADDRESS: 1454 East 68th street

CITY/STATE/ZIP: Chgo, IL 60637

PHONE NUMBER: 773/567-3930

CASE NUMBER: 08CV4956
JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ

Sheik El Kahf An'nor El Forgon Bey    Aug 29, 2008
Signature    Date

FILED

AUG 29 2008 TC
8-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT