10/10/2007

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

The Moorish American Executive
Sheik/Fiduciary Board Members
_____
Plaintiff

v.

WASHINGTON MUTUAL, Cook County Sheriffs,
Chicago Police Department, All Known & Unknown Parties
_____
Defendant(s)    Acting In Concert

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

## 08CV4956
## JUDGE ST. EVE
## MAGISTRATE JUDGE VALDEZ

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I El Kahf Anhur El Koran Bey_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐Yes    ☒No    (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail:_____
    Do you receive any payment from the institution? ☐Yes ☐No    Monthly amount:_____

2.  Are you currently employed?          ☐Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    **FILED**

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____

    **AUG 2 9 2008 TC**
    **8-29-2008**
    **MICHAEL W. DOBBINS**
    **CLERK, U.S. DISTRICT COURT**

    b.  Are you married?          ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                    ☐Yes    ☒No
        Amount_____ Received by_____

b.   ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☒No
Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends                   ☐Yes          ☒No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
     compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                  ☐Yes          ☒No
Amount_____ Received by_____

e.   ☐ Gifts or ☒ inheritances  *Non-residence in U.S.*           ☒Yes          ☐No
Amount *metes & bounds Amexem* Received by *El⁷ˢ & Bey's*

f.   ☐Any other sources (state source:_____)   ☐Yes          ☒No
Amount_____ Received by_____

4.   Do you or anyone else living at the same residence have more than $200 in cash or checking or
     savings accounts?          ☐Yes          ☒No          Total amount:_____
     In whose name held:_____ Relationship to you:_____

5.   Do you or anyone else living at the same residence own any stocks, bonds, securities or other
     financial instruments?                                        ☐Yes          ☒No
     Property:_____ Current Value:_____
     In whose name held:_____ Relationship to you:_____

6.   Do you or anyone else living at the same residence own any real estate (houses, apartments,
     condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes          ☒No
     Address of property:_____
     Type of property:_____ Current value:_____
     In whose name held:_____ Relationship to you:_____
     Amount of monthly mortgage or loan payments:_____
     Name of person making payments:_____

7.   Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
     homes or other items of personal property with a current market value of more than $1000?
                                                                  ☐Yes          ☒No
     Property:_____
     Current value:_____
     In whose name held:_____ Relationship to you:_____

8.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute monthly to their support. If none, check here ☒No dependents

     _____
     _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *August 27, 2008*

*El Kahf Anwar El Forgon Bey*
Signature of Applicant

*El Kahf Anwar El Forgon Bey*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| The Moorish American | () | |
| Executive Sheik/Fiduciary Board Members | () | |
| | () | |
| **Plaintiff(s)** | () | |
| | () | |
| | () | |
| **v.** | () | **Civil No.**_____ |
| | () | Original Jurisdiction |
| Washington Mutual, Cook County Sheriffs, | () | Article III Judge from |
| Chicago Police Department, All Known and | () | The United States of America Republic Constitution |
| Unknown Parties Acting In Concert | () | |
| | () | |
| **Defendant(s)** | () | |

## M O T I O N   T O   P R O C E E D
## D E F E R R E D   O F   C O S T

Comes Now, The Moorish American Executive Sheik/Fiduciary Board, consisting of Sheiks and Sheikesses, in propria persona, sui juris, move this court to defer tributary cost, as a prerequisite to proceed. In support:

1) The Moorish American Executive Sheik/Fiduciary Board, consist of Moorish American Sovereign Nationals, exercising their Divine and Constitutional Birthrights.
2) The M.A.E.S./F.B. Members are Governing Officials of The Moorish Divine and National Movement (see Hurd's Rev. Stat, Chap. 32, 36).
3) There is no cost to exercise Rights secured by The Organic Constitution of The Republic for which it stands, ***Murdock v. Pennsylvania***, 319 us 105, at 113.

Respectfully Submitted,

_____
Secretary: Sheikess Dynasty Siptah El Bey
Care of: 1454 East 68th Street
Chicago Territory/Mecca, Illinois state Republic postal Zone [37]

_____
Moorish American Notary Public for the Illinois state Republic

Subscribed and Affirmed to me this _12th_ day of the _August_ 2008 Ccy., 1428 M.C.       **SEAL:**

My Commission Expires: __3/7/2011__